# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 27, 2018

156686-7(22)(24)

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

        SC:  156686-7
        COA:  339183; 339184
        Macomb CC:  2015-003578-FH;
                         2016-003997-FH

DURMON TROY BUTLER,
        Defendant-Appellant.

_____/

      On order of the Court, the motion for reconsideration of this Court's April 3, 2018 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.  The motion to remand is DENIED.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 27, 2018



d0723

                        Clerk